UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BENNY ROS,

    Petitioner,

vs.

DEPARTMENT OF CORRECTIONS, et al.,

    Respondents.

No. C06-4959 MHP

**ORDER DISMISSING PETITION**

The court having been advised by counsel for petitioner in a filing entitled "Notification of Petitioner's Death" that petitioner died on July 29, 2007, dismisses the petition herein for mootness. Courts that have addressed the question of the disposition of a habeas petition upon the death of the petitioner have uniformly ruled that death moots the petition. See, e.g., Knapp v. Baker, 509 F.2d 922 (5th Cir. 1975); In re Ethel Kravitz, 504 F. Supp. 43, 52 (M.D. Pa. 1980) (and cited cases therein). Accordingly,

IT IS HEREBY ORDERED that the petition in this action is DISMISSED. The Clerk of Court shall close the file.

Date: August 13, 2007

MARILYN HALL PATEL
Judge
United States District Court
Northern District of California